**Order filed March 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01069-CV
_____

### TERRANCE MANN, EVELYN MANN AND MICHAEL HOOPER,
Appellant

### V.

### KENDALL HOME BUILDERS CONSTRUCTION PARTNERS I LTD,
Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010113**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 113th District Court informed this court that appellants had not made arrangements for payment for the reporter's record. On January 6, 2014, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

On January 14, 2014, the clerk's record was filed. On March 7, 2014, a supplemental clerk's record was filed pursuant to this court's order.

We order appellants to file a brief in this appeal **on or before April 10, 2014.** If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM